UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-62058-DIMITROULEAS

UNITED STATES OF AMERICA, *ex rel.*
DAVID REED,

   Plaintiff/Relator,

v.

RICK CASE ENTERPRISES, INC.,

   Defendants.

## ORDER

THIS CAUSE is before the Court on the United States' Notice of Election to Intervene against Defendant for Purposes of Settlement, pursuant to the False Claims Act, 31 U.S.C. § 3730(b) (2) and (4). [DE 19]. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Relator's Complaint, the Government's Notice of Election to Intervene against Defendant for Purposes of Settlement, and this Order shall be **UNSEALED**;

2. On or before **May 16, 2025**, the Parties shall:

   (a) file a Joint Stipulation of Dismissal pursuant to Rule 41(a)(1) or

   (b) provide notice to this Court of any party's failure to comply with the terms of the Settlement Agreement

3. All other papers or Orders already filed in this matter **shall remain under seal**; and

4. All matters occurring in this action after the date of this Order shall be **UNSEALED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of April, 2025.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record