IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID REED, <br><br> *Plaintiffs,* <br><br> v. <br><br> RICK CASE ENTERPRISES, INC., <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 24-CV-62058-WPD |

## NOTICE OF DISMISSAL

Plaintiff-Relator David Reed, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the parties' March 31, 2025, Settlement Agreement hereby files this notice of dismissal, and states as follows:

1. Relator brought this case for treble damages and civil penalties arising from the Defendant's alleged false claims in violation of the federal False Claims Act, 31 U.S.C. § 3729 *et seq*. ("FCA") under the *qui tam* provisions of the FCA, on behalf of the United States of America (Counts I-III).

2. The Complaint was filed under seal pursuant to 31 U.S.C. § 3730(b)(2) and this Court's Order and remained under seal while the United States investigated Relator's allegations.

3. On March 31, 2025, the United States filed its Notice of Election to Intervene Against Defendant for Purposes of Settlement in this action.

4. The United States, Relator, and Rick Case Enterprises, Inc. ("Rick Case") entered into a Settlement Agreement on March 31, 2025.

5. Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the parties' March 31, 2025, Settlement Agreement, the United States and the Relator stipulate to dismissal with prejudice of this case as to the relator David Reed, with prejudice to the United States as to the Covered Conduct, and without prejudice to the United States as to all other claims.

6. Relator, by and through Counsel, has conferred with counsel for the United States, and they consent to dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and the parties' March 31, 2025, Settlement Agreement.

A proposed order accompanies this Notice of Dismissal.

Dated: April 11, 2025                                    Respectfully Submitted,

/s/ R. Scott Oswald
R. Scott Oswald, Esq. (FL Bar No. 158437)
Janel Quinn, Esq.
The Employment Law Group, P.C.
1717 K St NW, Suite 1110
Washington, D.C. 20006
(202) 261-2813 (telephone)
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
jquinn@employmentlawgroup.com

*Counsel for Plaintiff-Relator*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 11, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system to all counsel of record.

/s/ R. Scott Oswald
R. Scott Oswald