UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CV-23438-MARTINEZ

UNITED STATES OF AMERICA, *ex rel.*
DOLOS ANALYTICS, LLC,
  a Delaware limited liability company,

    Plaintiffs/Relator,

v.

KENT BUILDING SERVICES, LLC,
  a Florida Limited liability company;

KENT HOLDING GROUP, INC.,
  a Florida corporation; and

KENT SECURITY SERVICES, INC.,
  a Florida corporation,

    Defendants.

## UNITED STATES' NOTICE CONSENT TO DISMISSAL

Pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States of America gives written consent to this dismissal without prejudice as set forth by the signature of the undersigned Assistant United States Attorney. The United States' reason for consent is that dismissal without prejudice is in the best interest of the United States at this time. A proposed order accompanies this notice.

**Dated: March 26, 2025**

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

 s/ H. Ron Davidson
**H. RON DAVIDSON**
Assistant United States Attorney
Court ID A5501144
Email: H.Ron.Davidson@usdoj.gov
Office of the United States Attorney
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9405

*Counsel for United States of America*